IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CHAUNCY MIDDLETON, | § | |
| TDCJ-CID NO.1300389, | § | |
| Petitioner, | § | |
| v. | § | CIVIL ACTION H-05-2826 |
| | § | |
| DOUGLAS DRETKE, | § | |
| Respondent. | § | |

## ORDER OF DISMISSAL

For the reasons set out in the Court's Opinion on Dismissal signed this date, this case is DISMISSED.

The Clerk will enter this Order and provide all copies with a true copy.

SIGNED at Houston, Texas on 5th day of October, 2005.

MELINDA HARMON
UNITED STATES DISTRICT JUDGE